IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>VS.<br><br>ELIZABETH RICE<br>Defendant. | CR. NO. 07-20220-Ma |

**ORDER ON CHANGE OF PLEA**

This cause came on to be heard on January 31, 2008, the United States Attorney for this district, Camille McMullen, appearing for the Government and the defendant, Elizabeth Rice, appearing in person and with counsel, Art Quinn, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Information. **The Indictment in 07-20220-Ma to be dismissed at sentencing.**

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, May 5, 2008, at 9:00 a.m., in Courtroom No. 2, on the 11th floor before Judge Samuel H. Mays.**

Defendant to remain on present bond.

**ENTERED** this the 1st day of February, 2008.

s/Samuel H. Mays

**UNITED STATES DISTRICT COURT**